No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The information is in two counts, one charging the offense of the unlawful sale of whiskey and the other charging the offense of the unlawful transportation of whiskey, gin and wine; the punishment, 20 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Marvin WADDLETON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28100.**

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Henry CABE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28156.**

Court of Criminal Appeals of Texas.

March 7, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Julian Bradford CASEY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28095.**

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $150.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Marvin WADDLETON, Jr., Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28101.**

Court of Criminal Appeals of Texas.

Feb. 22, 1956.